152

Thomas D. Nash, Appellee, v. Park Castles Apartment Building Corporation, Appellee. Metropolitan Life Insurance Company, Appellant.

Gen. No. 42,230.

opinion filed December 21, 1942; rehearing denied January 5, 1943. Follansbee, Shorey & Schupp, for appellant; Robert W. Schupp and Frederic Barth, of counsel; Thomas J. Courtney, State's Attorney, for certain appellee; Marshall V. Kearney, Jacob Shamberg and Brendan Q. O'Brien, Assistant State's Attorneys, of counsel; Marshall & Marshall, for certain other appellee; Maurice G. Shanberg and William P. Gerber, of counsel. Opinion by JUSTICE O'CONNOR. ''Not to be published in full.''